83,703-01

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 02402027 |
| **TDCJ Number:** | 01984582 |
| **Name:** | SANCHEZ,ALVARO |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1960-03-06 |
| **Maximum Sentence Date:** | 2016-10-03 |
| **Current Facility:** | COTULLA |
| **Projected Release Date:** | 2015-09-07 |
| **Parole Eligibility Date:** | 2014-12-27 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | 2015-09-04 |
| **Scheduled Release Type:** | Mandatory Supervision |
| **Scheduled Release Location:** | HUNTSVILLE |

*Scheduled release date, type, and unit may change without notice. Therefore, it is highly recommended that you revisit this website to verify the release information prior to departing to pick up any offender. This information applies only to prison sentenced offenders and does not include State Jail or Substance Abuse offenders. The primary release sites for prison sentenced offenders are the Huntsville Unit (men) and the Gatesville Unit (women). Releasing at the primary release sites is from 8 a.m. until 5 p.m., however, it is recommended that, if you are picking up a released offender from a primary release site, you arrive at the primary release site by 9 a.m. Offenders released from a primary release site will receive bus vouchers. If the offender is not released from a primary release site, contact the releasing unit for releasing time information.*